JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MATTHEW ELSHAUG,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. CV16-911-RSL
Crim. No. CR14-136-RSL

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND WITHDRAWAL OF MOTION TO VACATE UNDER 28 U.S.C. § 2255

Good cause being shown, Petitioner's request to withdraw his § 2255 Motion and Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. The Government's motion to stay (Dkt. # 3) is DENIED as moot. All remaining deadlines and/or hearing dates are hereby VACATED.

IT IS SO ORDERED.

DATED this 9th day of March, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR VOLUNTARY DISMISSAL AND
WITHDRAWAL OF MOTION TO VACATE
UNDER 28 U.S.C. § 2255
(Matthew Elshaug) - 1